UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                         :

UNITED STATES OF AMERICA,                :

                   Plaintiff,          :           25-CR-83-3 (LJL)

            -v-                     :             ORDER

JOSE RIVERA,                        :

                Defendant.      :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Status Conference previously set for March 17, 2026, is rescheduled to April 6, 2026 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent, excludes time from March 17, 2026 until April 6, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial.

     SO ORDERED.

Dated: March 17, 2026
       New York, New York                                 LEWIS J. LIMAN
                                             United States District Judge