

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

April 6, 2026

REQUEST GRANTED.
The Status Conference previously set for April 6, 2026 is rescheduled to April 8, 2026 at 11:30AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent, excludes time from April 6, 2026 until April 8, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time will allow the defendant to continue to review discovery and the parties to potentially negotiate a plea agreement.

**BY ECF and EMAIL**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

4/6/2026  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    *United States v. Jose Rivera*, 25 Cr. 83 (LJL)

Dear Judge Liman:

      The Government respectfully requests that the status conference previously scheduled for today be rescheduled to April 8, 2026, at 11:30 a.m. The Government further requests, with the consent of defense counsel, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and April 8, 2026. The ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because, among other things, the exclusion of time will allow the defendant to continue to review discovery and the parties to potentially negotiate a plea agreement.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney
      Southern District of New York

      By: /s/ Jared Hoffman
      Jared Hoffman
      Assistant United States Attorney
      (212) 637-1060

cc:      Counsel of record (by ECF and Email)