WACHTELL, LIPTON, ROSEN & KATZ

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JEANNEMARIE O'BRIEN

STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
WILLIAM SAVITT
GREGORY E. OSTLING
DAVID B. ANDERS
NELSON O. FITTS
JOSHUA M. HOLMES
IAN BOCZKO
MATTHEW M. GUEST
DAVID K. LAM
BENJAMIN M. ROTH
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
BRADLEY R. WILSON
GRAHAM W. MELI

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE:   (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

DAVID M. ADLERSTEIN
ANDREW R. BROWNSTEIN
WAYNE M. CARLIN
DAMIAN G. DIDDEN
SELWYN B. GOLDBERG
PETER C. HEIN
DAVID E. KAHAN
JB KELLY*
JOSEPH D. LARSON
RICHARD G. MASON
PHILIP MINDLIN
THEODORE N. MIRVIS
ERIC S. ROBINSON

STEVEN A. ROSENBLUM
JOHN F. SAVARESE
MICHAEL J. SEGAL
ADAM J. SHAPIRO
WON S. SHIN
DAVID M. SILK
ELLIOTT V. STEIN
LEO E. STRINE, JR.**
STEPHANIE L. TEICHER
PAUL VIZCARRONDO, JR.
JEFFREY M. WINTNER
AMY R. WOLF
MARC WOLINSKY

COUNSEL

LOREN BRASWELL
HEATHER D. CASTEEL
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ALINE R. FLODR
KATHRYN GETTLES-ATWA
LEDINA GOCAJ
ADAM M. GOGOLAK
ANGELA K. HERRING
MICHAEL W. HOLT

DONGHWA KIM
MARK A. KOENIG
J. AUSTIN LYONS
ALEXANDER S. MACKLER**
STEPHANIE A. MARSHAK
ALICIA C. McCARTHY
JOSEPH S. PAYNE
NICOLE D. SHARER
NEIL M. SNYDER
JEFFREY A. WATIKER
DAVID P.T. WEBB

GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
SARAH K. EDDY
VICTOR GOLDFELD
RANDALL W. JACKSON
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
STEVEN WINTER
JACOB A. KLING
RAAJ S. NARAYAN
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. AHO

LAUREN M. KOFKE
RACHEL B. REISBERG
CYNTHIA FERNANDEZ
   LUMERMANN
CHRISTINA C. MA
BENJAMIN S. ARFA
NATHANIEL D. CULLERTON
ERIC M. FEINSTEIN
ADAM L. GOODMAN
STEVEN R. GREEN
MENG LU
AHSAN M. BARKATULLAH
MATTHEW T. CARPENTER
MICHAEL H. CASSEL
HANNAH CLARK
KYLE M. DIAMOND
JUSTIN R. ORR
EMILY E. SAMRA
GEORGE N. TEPE

*ADMITTED IN THE DISTRICT OF COLUMBIA AND NORTH CAROLINA
**ADMITTED IN DELAWARE

DIRECT DIAL: (212) 403-1307
E-MAIL: DBAnders@wlrk.com

May 8, 2026

**REQUEST GRANTED.**
**The Motion Hearing scheduled for May 28, 2026 at 10:30AM**
**in Courtroom 15C is cancelled and instead a Change of Plea**
**hearing will be held at the same date and time.**

5/11/2026     SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Via ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States* v. *Rivera*
        No. 25 Cr. 83 (LJL)

Dear Judge Liman:

We respectfully submit this letter on behalf of our client, Jose Rivera, defendant in the above-captioned case.

During the April 8, 2026 pretrial conference before Your Honor, the Court ordered Defendant to make his pretrial motions by today, May 8, 2026. We write to inform the Court that Defendant does not intend to make any pretrial motions, as the parties currently anticipate a pretrial disposition of this matter.

WACHTELL, LIPTON, ROSEN & KATZ

Defendant respectfully requests that the motion hearing currently scheduled for May 28, 2026 at 10:30 AM be adjourned and that a change-of-plea hearing be convened in its place or, alternatively, that the Court schedule a change-of-plea hearing at its convenience.  We have conferred with AUSA Hoffman, who consents to this request on behalf of the government and has confirmed his availability on that date.

Respectfully submitted,

David B. Anders
Alison B. Brockman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-1000
Fax: (212) 403-2000
DBAnders@wlrk.com
ABBrockman@wlrk.com

*Counsels for Defendant Jose Rivera*

cc:    Jared D. Hoffman, esq.