WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150
TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
JEFFREY M. WINTNER
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
JEANNEMARIE O'BRIEN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
GREGORY E. OSTLING
DAVID B. ANDERS
NELSON O. FITTS
JOSHUA M. HOLMES
IAN BOCZKO
MATTHEW M. GUEST
DAVID K. LAM
BENJAMIN M. ROTH
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

DAVID M. ADLERSTEIN
ANDREW R. BROWNSTEIN
WAYNE M. CARLIN
DAMIAN G. DIDDEN
SELWYN B. GOLDBERG
PETER C. HEIN
DAVID E. KAHAN
JB KELLY*
JOSEPH D. LARSON
PHILIP MINDLIN
THEODORE N. MIRVIS
ERIC S. ROBINSON
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
MICHAEL J. SEGAL
WON S. SHIN
DAVID M. SILK
ELLIOTT V. STEIN
LEO E. STRINE, JR.**
STEPHANIE L. TEICHER
PAUL VIZCARRONDO, JR.
AMY R. WOLF
MARC WOLINSKY

COUNSEL

LOREN BRASWELL
HEATHER D. CASTEEL
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ALINE R. FLODR
KATHRYN GETTLES-ATWA
LEDINA GOCAJ
ANGELA K. HERRING
MICHAEL W. HOLT
MARK A. KOENIG
DANIEL R. LOESER
J. AUSTIN LYONS
ALEXANDER S. MACKLER**
ALICIA C. McCARTHY
JOSEPH S. PAYNE
KAREN C. PELZER
NICOLE D. SHARER
NEIL M. SNYDER
JEFFREY A. WATIKER
DAVID P.T. WEBB

*ADMITTED IN THE DISTRICT OF COLUMBIA AND NORTH CAROLINA
**ADMITTED IN DELAWARE

GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
VICTOR GOLDFELD
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
TIJANA J. DVORNIC
JENNA E. LEVINE
JOHN L. ROBINSON
STEVEN WINTER
JACOB A. KLING
RAAJ S. NARAYAN
MICHAEL J. SCHOBEL
ELINA TETELBAUM
LAUREN M. KOFKE
RACHEL B. REISBERG
CYNTHIA FERNANDEZ LUMERMANN
JARRETT R. HOFFMAN
CHRISTINA C. MA
REGINA L. READLING
BENJAMIN S. ARFA
ERIC M. FEINSTEIN
ADAM L. GOODMAN
STEVEN R. GREEN
MENG LU
AHSAN M. BARKATULLAH
MATTHEW T. CARPENTER
MICHAEL H. CASSEL
HANNAH CLARK
KYLE M. DIAMOND
JUSTIN R. ORR
EMILY E. SAMRA
GEORGE N. TEPE

DIRECT DIAL: (212) 403-1307
E-MAIL: DBANDERS@WLRK.COM

November 12, 2026

REQUEST GRANTED.
The Sentencing hearing previously set for November 18, 2026 is rescheduled to December 2, 2026 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.

11/13/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Via ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States* v. *Rivera*
No. 25 Cr. 83 (LJL)

Dear Judge Liman:

We respectfully submit this letter on behalf of our client, Jose Rivera, defendant in the above-captioned case.

Defendant respectfully requests that his sentencing, currently scheduled for November 18, 2026 at 11:00 AM, be adjourned for approximately two weeks to a date convenient for the Court and the parties. Defense counsel has made one previous request for an adjournment of Defendant's sentencing, on September 28, 2026, for four weeks, to allow counsel to collect letters of support on Defendant's behalf, among other things (Dkt. 86). The Court granted this

adjournment on September 29, 2026 (Dkt. 87). Defense counsel requests the instant adjournment to allow counsel to review certain paperwork provided to the government by the Bureau of Prisons in response to Defendants' sentencing submission (Dkt. 89) and ensure that the assertions therein are not inconsistent with the agency's records.

Defendant has conferred with AUSA Hoffman, who consents to the above request on behalf of the government.

Respectfully submitted,

David B. Anders
Alison B. Brockman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-1000
Fax: (212) 403-2000
DBAnders@wlrk.com
ABBrockman@wlrk.com

*Counsels for Defendant Jose Rivera*

cc: Jared D. Hoffman, esq.